**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7726**

DOUGLAS B. SEIBERT,

         Plaintiff - Appellant,

   v.

NANNIE MOHEAD, S2 VCE Woodshop Manager; FRANK ROACH, Unit
Manager/Building Supervisor; JESSE ARRINGTON, Correctional
Officer; MILTON REED, VCE General Manager; DOUG CHAPMAN, S2
VCE Woodshop Manager; BELTON WILLIAMS, VCE Industrial Group
Manager,

         Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.   Raymond A. Jackson,
District Judge. (2:12-cv-00399-RAJ-TEM)

Submitted: December 20, 2012     Decided: December 27, 2012

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Douglas B. Seibert, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas B. Seibert appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we deny Seibert's motion to appoint counsel, and affirm for the reasons stated by the district court. Seibert v. Mohead, No. 2:12-cv-00399-RAJ-TEM (E.D. Va. Sept. 4, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED